Henderson, Chief-Justice,
dissentiente.- — I cannot but believe, that the words at full length, to be found in our processioning acts, are fully satisfied by abbreviations, not only of common, but I believe I might say of universal use ; as N. for North, E. for East, W. for West, jjo. for poles, chs. for chains, when it is shown by the context, that these abbreviations are used as descriptive of the courses and distances. There can be in such case no possibility of a mistake. In our acts, describing the mode in- which surveyors shall make out and return plats of vacant lands, made upon entries,the words are “ words at lengthAnd surely there can be no substantial difference between words at length and words at full length.. Yet this interpretation would render nearly all of our surveys void. And thereby also, our grants would be-annulled. The legislature meant, that as the thing was to be done in words, and frequently for the use of plain and unlearned men, the proceedings should be so described, that all could understand them. I must therefore declare my dissent from the opinion of the court, for I think that the proceedings should not be quashed.
Per Curiam. — Judgment reversed.